Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of Westchester Title and Trust Company, et al., Respondents, v. Percy S. Alden et al., Appellants.

Argued March 13, 1941; decided May 22, 1941.

*William Dean Embree, William J. O'Connell* and *John M. Friedman* for Frank Bailey et al., appellants.

*William Porter Chapman, Jr.,* and *Allan H. Treman* for Cornell University et al., appellants.

*Albert Ritchie* for Minna B. Bull et al., as executors, et al., appellants.

*Frank W. Chambers* and *Walter E. Warner, Jr.,* for Westchester Fire Insurance Company, appellant.

*Richard Kelly* (in person) and *George E. Ferguson* for Richard Kelly, appellant.

*George L. Kobbé* for Archibald M. Brown et al., as executors of Charles S. Brown, deceased, appellants.

*Herbert Barry* for Marian R. Kennedy et al., appellants.

*William D. Cunningham, Frank M. Gagliardi, William T. Gallagher* and *James M. Page* for Chauncey B. Griffen et al., respondents.

*John E. Mack* for Beacon Savings Bank et al., respondents.

*Samuel Boksenbom, Joseph W. Bryan* and *Joseph Lapidus* for Louis H. Pink, Superintendent of Insurance, as liquidator of Westchester Title and Trust Company, respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.